# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DENNIS PAUL DOLIN | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-01-20104-002 JW<br>BOP Case Number: DCAN501CR020104-002<br>USM Number: 99560-111<br>Defendant's Attorney : Robert Carey, Jr. |



Filed
JUL 10 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) <u>ONE, FOUR, SIX</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | That the offender violated standard condition number eight in part, hat the offender shall not sue any controlled substance | February 15, 2012,<br>February 21 2012,<br>February 28, 2013,<br>January 15, 2013,<br>April 30, 2013 |
| FOUR | That the offender violated standard condition number 12 in that the offender shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer. | June 17, 2012 |
| SIX | That the offender violated standard condition number eight in part, that the offender shall no possess any controlled substance. | August 14, 2012 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] The defendant has not violated condition(s) <u>2,3,5,7</u> and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

7/8/2013
Date of Imposition of Judgment

_/s/ Edward J. Davila_
Signature of Judicial Officer
Honorable Edward J. Davila, U. S. District Judge
Name & Title of Judicial Officer

7/10/13
Date

DEFENDANT:      DENNIS PAUL DOLIN                                                Judgment - Page 2 of 2
CASE NUMBER:    CR-01-20104-002 JW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 14 MONTHS .

[x]     The Court makes the following recommendations to the Bureau of Prisons:
Appropriate medical facility designation to treat defendant's ongoing medical conditions.
That the defendant participate in DRAP.

[x]     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]     The defendant shall surrender to the United States Marshal for this district.

        [ ] at ___ [] am [] pm on ___.
        [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        [ ] before 2:00 pm on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                        _____
                                                        UNITED STATES MARSHAL

                                                By      _____
                                                        Deputy United States Marshal